UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § |
| | § |
| | §    **CASE NUMBER 4:19-CR-00256-ALM** |
| **v.** | § |
| | § |
| | § |
| **CREGARIUS JACKSON (2),** | § |

### ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

The Court referred this matter to the United States Magistrate Judge for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One and Count Two of the Indictment.

The parties have not objected to the Magistrate Judge's findings.

The Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge. The Court also accepts Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with Defendant's guilty plea, the Court finds Defendant Cregarius Jackson **GUILTY** of Count One of the Indictment, charging a violation of Title 18 U.S.C. §§ 1951 and 2 – Conspiracy to Interfere with Interstate Commerce by Robbery, Aiding and Abetting, and Count Two of the Indictment, charging a violation of Title 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm.

**SIGNED this 26th day of September, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE